UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
February 05, 2019
David J. Bradley, Clerk

Larry R. Steele, §
   Petitioner, §
§
v. §    Civil Action H-15-3274
§
Lorie Davis, §
   Respondent. §

## Order of Adoption

On January 15, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation. (D.E. 47.) No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed February 5, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge