United States District Court
Southern District of Texas
**ENTERED**
May 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Larry R. Steele,<br>    Petitioner,<br><br>v.<br><br>Lorie Davis,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§    Civil Action H-15-3274<br>§<br>§<br>§<br>§<br>§ |

## Memorandum and Recommendation

On January 15, 2019, the undersigned magistrate judge issued a memorandum and recommendation recommending that the court deny Petitioner Larry Steele's petition for writ of federal habeas corpus. (D.E. 47.) On February 5, 2019, the court adopted the memorandum and recommendation as its opinion and issued a final judgment denying Steele's petition with prejudice. (D.E. 48; D.E. 49.) On February 21, 2019, the court received Steele's objections. (D.E. 52.) On April 26, 2019, Steele filed a motion for relief from the court's final judgment. (*See* D.E. 55.)

Steele's motion seeks to vacate the final judgment so that the court may consider his objections. The circumstances of this case do not merit relief from final judgment. *See* Fed. R. Civ. P. 60(b); *Hess v. Cockrell*, 281 F.3d 212, 216 (5th Cir. 2002) (Only under extraordinary circumstances may a party be granted relief from final judgment under Rule 60(b)).

The court received Steele's objections more than thirty days after the issuance of the memorandum and recommendation. Assuming the objections were timely filed, however, they are meritless. Steele argues that he has not yet exhausted his state

remedies, and requests that the court stay this case while he returns to state court. The court concluded in its memorandum and recommendation that Steele had exhausted all the claims set forth in his petition. The court addressed each of Steele's claims on the merits.

Steele requested leave to amend his petition with a claim alleging that the state habeas court violated the Texas Rule of Appellate Procedure by not sending him a copy of its findings. The court denied Steele's motion for leave to amend, and Steele did not object to that ruling. While it may be that Steele has a habeas petition pending in state court, all of Steele's federal claims were exhausted and his petition was not mixed. There was no reason to enter a stay.

The court recommends that Steele's motion for relief from final judgment be denied.

The parties have fourteen days from service of this memorandum and recommendation to file written objections. *See* 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on May 2, 2019.

_____
Peter Bray
United States Magistrate Judge