United States District Court  Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
May 28, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Larry R. Steele, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-15-3274 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

# Order of Adoption

On May 2, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that Steele's motion for relief from the final judgment be denied. (D.E. 56.) Steele filed objections (D.E. 57), which are denied. After considering the objections, the record, and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed May 28, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge