Case 4:15-cv-03274 Document 78 Filed on 02/11/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Larry R. Steele, | § | |
|     Petitioner, | § | |
| v. | § | Civil Action H-15-3274 |
| Lorie Davis, | § | |
|     Respondent. | § | |

## Memorandum and Recommendation

Larry Steele filed a letter alleging various forms of harassment by prison officials. (D.E. 77.) This court denied Steele's petition for writ of habeas corpus filed under 28 U.S.C. § 2254, and a final judgment has been entered. (D.E. 49, 59.) Steele's appeal in this habeas action is pending in the United States Court of Appeals for the Fifth Circuit.

Section 1983 suits are the proper vehicle to attack unconstitutional conditions of confinement and prison procedures. *See Cook v. Texas Dep't of Criminal Justice Transitional Planning Dep't*, 37 F.3d 166, 168 (5th Cir. 1994). Steele must file a new action if he intends to pursue his civil rights claims.

The court therefore recommends that Steele's request for relief be denied without prejudice. The parties have fourteen days from service of this memorandum and recommendation to file written objections.

Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72.

Signed at Houston, Texas, on February 11, 2020.

_____
Peter Bray
United States Magistrate Judge