United States District Court
Southern District of Texas

**ENTERED**
May 04, 2020
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Larry R. Steele, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-15-3274 |
| | § | |
| Lorie Davis, | § | |
|     Respondent. | § | |

## Order of Adoption

On February 11, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that Steele's motion for miscellaneous relief be denied. (78) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _May 4_, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge